RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for David Sprehe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID SPREHE,<br><br>        Defendant. | Case No. 2:17-cr-322-JCM-GWF<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for David Sprehe, that the Sentencing Hearing currently scheduled on March 28, 2018 at 10:00 am, be vacated and advanced to Wednesday, March 21, 2018 at 10:30 am.

This Stipulation is entered into for the following reasons:

1. The office of the Federal Public Defender will be going through an internal move and the office will be closed the week of March 26, 2018.

2. The defendant is not in custody and agrees with the need for the advance.

3. The parties agree to reschedule the sentencing hearing.

This is the first request for an advance of the sentencing hearing.

DATED this 13th day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID SPREHE,<br><br>　　　　Defendant. | Case No. 2:17-cr-322-JCM-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, March 28, 2018 at 10:00 a.m., be vacated and advanced to **Wednesday, March 21, 2018 at the hour of 10:30 a.m.**.

　　DATED March 15, 2018.

　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE