# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DAVID KARL SPREHE<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:17-cr-00322-JCM-GWF |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | July 11, 2018 at 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 10, 2018

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_X_ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

            JUL 10, 2018

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:                          DEPUTY
```